**AFFIDAVIT OF SERVICE**     Index #: **11 CIV 7516**

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Date Purchased: **October 24, 2011**
Date Filed: _____
Court Date: _____

ATTORNEY(S): Kathleen A. Zebrowski AUSA: U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street New York N.Y. 10007   File No.:

**UNITED STATES OF AMERICA,**

vs.        *Plaintiff(s)/Petitioner(s)*

**LAWRENCE RADER,**

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

**YOLER JEAN-BAPTISTE**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **November 10, 2011** at **5:37 PM** at **311 GREENWICH STREET, NEW YORK, NY 10013**, deponent served the within **Summons and Complaint**

with Index Number **11 CIV 7516**, and Date Purchased **October 24, 2011** endorsed thereon,
on: **LAWRENCE RADER**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to **"JOHN DOE" - COTENANT** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X] On **November 16, 2011**, deponent completed service under the last two sections by depositing a copy of the **Summons and Complaint** to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Male**   Color of skin **White**   Color of hair **Gray**   Age **36 - 50 Yrs.**   Height **5' 4" - 5' 8"**
Weight **161 - 200 Lbs.**   Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X] "JOHN DOE" REFUSED TO GIVE HIS NAME.

Sworn to before me on this **16** day of **November, 2011**

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2014

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

YOLER JEAN-BAPTISTE
Server's Lic # 1139306
Work Order # 142712

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382